Form B6D - (Rev. 12/03)                                                                 2003 USBC, Central District of California

| In re Babudar, Michael Robert Debtor. | Case No.: (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 795753 Washington Mutual P.O. Box 60800 Los Angeles, CA. 90068-0800 | | | 1987 - first deed of trust  Value $ 450,000.00 | | | | | 170,000.00 |
| Last four digits of ACCOUNT NO. HT 13388 PLM Lender Services 577 Salmar Ave. Suite 100 Campbell, CA. 95008 | | | 2003 - second deed of trust  Value $ 450,000.00 | | | | | 259,000.00 |
| Last four digits of ACCOUNT NO. Kansas Dept of Revenue P.O. Box 12001 Topeka, KS. 66612 | | | 1995 - state taxes + interest  Value $ | | | | | 120.00 |
| Last four digits of ACCOUNT NO. State of California Franchise Tax Board P.O. Box 942840 Sacramento, CA. 94240 | | | up to 2004 state taxes + interest  Value $ | | | | | 1,689.00 |

Subtotal (Total of this page) ▶ $ 430,809.00

1 Continuation Sheets attached

Total (Use only last page) ▶ $

(Report total also on Summary of Schedules)

Form B6D - Continued (Rev. 12/03)                                                         2003 USBC, Central District of California

In re Babudar, Michael Robert, Debtor.    Case No.: _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. IRS Service Center Fresno, CA. 93888 | | | up to 2004 - federal taxes + interest  Value $ | | | | | 2,500.00 |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |

Sheet no. 1 of 1 Continuation Sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) ➤ $2,500.00

Total (Use only on last page) ➤ $433,309.00

(Report total also on Summary of Schedules)