Form B6F (Official Form 6F) - (Rev. 12/03)                                                                 2003 USBC, Central District of California

In re **Babudar, Michael Robert**, Debtor.                          Case No.: _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **960917** <br> GTE California <br> Payment Processing Ctr <br> Inglewood, CA. 90313 | | | 1996 - Telephone services | | | | 650.00 |
| Last four digits of ACCOUNT NO. **260477** <br> Laguna Beach Co. Water <br> 306 Third Street <br> Laguna Beach, CA 92656 | | | past and current water services | | | | 300.00 |
| Last four digits of ACCOUNT NO. **0123449** <br> Pediatric Associates <br> 4400 Broadway <br> Kansas City, Mo. 64111 | | | 1996 - medical services | | | | 400.00 |
| Last four digits of ACCOUNT NO. **0019648258** <br> Saint Lukes Hospital <br> 4400 Broadway <br> Kansas City, Mo 64111 | | | 1996 - medical services | | | | 390.00 |

__1__ Continuation Sheets attached

Subtotal ➤ $ 1740.00

Total ➤ $

(Report total also on Summary of Schedules)

Form B6F (Official Form 6F) - (Rev. 12/03)                                                      2003 USBC, Central District of California

In re Babudar, Michael Robert, Debtor.        Case No.: _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 0152075095<br>The Gas Company<br>P.O. Box 653<br>Monterey Park, CA 91754 | | | past and current gas charges | | | | 210.00 |
| Last four digits of ACCOUNT NO. 32970<br>Southern Cal Edison Co<br>P.O. Box 600<br>Rosemead, CA 91771 | | | past and current electricity charges | | | | 250.00 |
| Last four digits of ACCOUNT NO. 000970<br>Laguna Beach Bobcat<br>32022 Virginia Way<br>South Laguna, CA 92651 | | | Cable underground | | | | 2500.00 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Subtotal (Total of this page) ▶ $2960.00

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total (Use only on last page of the completed Schedule F) ▶ $4700.00

(Report total also on Summary of Schedules)