Form B6J - (Rev. 12/03)                                                                             2003 USBC, Central District of California

| In re **Babudar, Michael Robert**, Debtor. | Case No.: _____ (If known) |
|---|---|

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home)                                $ **3400.00**

Are real estate taxes included?          Yes **✓**     No _____
Is property insurance included?          Yes **✓**     No _____
Utilities:        Electricity and heating fuel                                                     $ **125.00**
                  Water and sewer                                                                   $ **50.00**
                  Telephone                                                                         $ _____
                  Other _____                                                                       $ _____
Home Maintenance (Repairs and Upkeep)                                                               $ _____
Food                                                                                                $ **400.00**
Clothing                                                                                            $ _____
Laundry and dry cleaning                                                                            $ _____
Medical and dental expenses                                                                         $ _____
Transportation (not including car payments)                                                         $ _____
Recreation, clubs and entertainment, newspapers, magazines, etc.                                    $ _____
Charitable contributions                                                                            $ _____
Insurance (not deducted from wages or included in home mortgage payments):
    Homeowner's or renter's                                                                         $ _____
    Life                                                                                            $ _____
    Health                                                                                          $ _____
    Auto                                                                                            $ **50.00**
    Other _____                                                                                     $ _____
Taxes (not deducted from wages or included in home mortgage payments)
(*specify*) _____                                                                                   $ _____
Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    Auto                                                                                            $ _____
    Other _____                                                                                     $ _____
    Other _____                                                                                     $ _____
Alimony, maintenance, and support paid to others                                                    $ _____
Payments for support of additional dependents not living at your home                               $ _____
Regular expenses from operation of business, profession, or farm (attach detailed statement)        $ _____
Other _____                                                                                         $ _____

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules)                                   $ **4025.00**

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A. Total projected monthly income                                                                   $ _____
B. Total projected monthly expenses                                                                 $ _____
C. Excess income (A minus B)                                                                        $ _____
D. Total amount to be paid into plan each _____
                                              (*interval*)