Saint Lukes Hospital
4400 Broadway
Kansas City, Mo. 64111


The GAS COMPANY
P.O. Box 653
Monterey Park, Ca. 91754


State of California
Franchise Tax Board
P.O. Box 942840
Sacramento, Ca. 94240-0040


Laguna Beach Bobcat

32022 VIRGINIA WAY
South Laguna, CA. 92651


Southern California Edison
P.O. Box 600
Rosemead, Ca. 91771-0001


Federal Tax Board
IRS Service Center
Fresno, Ca. 93888-0002


GTE California
Payment Processing Center
Inglewood, Ca. 90313

Washington Mutual
P.O. Box 60800
Los Angeles, Ca. 90068-0800


Kansas Dept. of Revenue
P.O. Box 12001
Topeka, Ks. 66612


Laguna Beach CO. Water District
306 Third Street
Laguna Beach, CA. 92651


Pediatric Associates
4400 Broadway
Kansas City, MO. 64111


PLM Lender Services, Inc.
577 Salmar Avenue, SUITE 100
Campbell, CA. 95008