CHARLES W. DAFF, BAR NO. 76178
2122 N. BROADWAY, SUITE 210
SANTA ANA, CA 92706
Telephone:   (714) 541-0301
Facsimile:   (714) 569-0515

Chapter 7 Trustee

FILED
04 MAY -7 PM 2:54
CLERK U.S. BANKRUPTCY COURT.
CALIFORNIA. BY:_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:                                ) Bankruptcy No:  SA04-12095 RA
                                      ) Chapter 7
MICHAEL ROBERT BABUDAR                )
                                      ) TRUSTEE'S OBJECTION TO DEBTOR'S
                                      ) CLAIM OF HOMESTEAD EXEMPTION
          Debtor.                     )
                                      ) (No hearing set)

TO THE HONORABLE ROBERT W. ALBERTS, UNITED STATES BANKRUPTCY

JUDGE:

NOTICE IS HEREBY GIVEN that the Chapter 7 Trustee, Charles W. Daff ("Trustee"), hereby objects to the debtor's scheduled homestead exemption in the amount of $450,000 as it pertains to real property located at 970 Baja St., Laguna Beach, CA 92651 as claimed in his Schedule C - Property Claimed as Exempt. Further, debtor failed to state the law upon which he relies to claim a homestead exemption in the amount of $450,000. The Trustee asserts that the debtor is not entitled to a $450,000 homestead exemption. Said objection is filed pursuant to Bankruptcy Rule 4003(b).

DATED:  May 6, 2004

_____
CHARLES W. DAFF
Chapter 7 Trustee

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA

COUNTY OF ORANGE

I am employed in the above-indicated county in the State of California; I am over the age of 18 and not a party to the within action; and my business address is as follows:

2122 N. Broadway, Suite 210, Santa Ana, CA 92706

On <u>May 6, 2004</u>, I served the foregoing document described as: <u>TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION</u> on interested parties at their last known addresses by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Santa Ana, California, addressed as follows:

U.S. Trustee
411 W. Fourth St., Ste. 9041
Santa Ana, CA 92701

Michael Robert Babudar, pro per
970 Baja St.
Laguna Beach, CA 92651

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 6, 2004

ASHLEY CHAVEZ

- 2 -