D. EDWARD HAYS, #162507
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2600 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514



U.S. BANKRUPTCY COURT
FILED
AUG - 8 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Attorneys for CARLA BABUDAR

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

MICHAEL BABUDAR,

    Debtor.

CASE NO. SA04-12095 ES

CHAPTER 7

DECLARATION OF CARLA BABUDAR RE DEBTOR'S LOCATION

[NO HEARING REQUIRED]

I, CARLA BABUDAR, declare:

1. I am married to the debtor, Michael Babudar (the "Debtor"). I have first-hand personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently testify thereto.

2. I submit this Declaration at the request of Charles W. Daff, the chapter 7 trustee of the Debtor's bankruptcy case (the "Trustee").

3. The Debtor and I have two children whose current ages are 16 and 12.

4. In October 2004, the Debtor lived with me and our children at the Baja address in Laguna Beach. The Debtor left telling me that he had to serve approximately three weeks of community service for a traffic ticket he received. My recollection is that the ticket was for driving with a suspended license.

5. The Debtor abandoned me and our children and never returned from this trip. The Debtor has never once contacted me or the kids by telephone or in person since this time.

258562v1 cm 7/26/06 1 (2699-0001)

6. I have reported him missing with the Laguna Beach Police Department. At one time, they came to my house looking for him for another outstanding warrant. I told them that I did not know his whereabouts and that he had been missing since October 2004.

7. In or about June 2005, the Trustee sold our residence. This was financially devastating to my children and I. We did not have sufficient income to purchase another residence. When we were evicted, Child Protective Services ("CPS") interviewed me regarding the well-being of our children while we looked to secure a another place to live.

8. During my meetings with CPS, I told them that the Debtor was missing and could not be located. CPS conducted an unsuccessful search in an effort to locate the Debtor.

9. I have contacted all of the Debtor's friends and former co-workers. None of them have seen the Debtor since he left me in October 2004. The Debtor has no remaining family that I can contact.

10. Since the Debtor abandoned the children and myself, I have been the sole income earner for our family.

11. Since the residence sold by the Trustee was purchased during my marriage to the Debtor, it is my community property. In order to provide for my children, I need the Debtor's homestead exemption and surplus distribution returned to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 8, 2006 at Santa Ana, California.

CARLA BABUDAR

258562v1 cm 7/26/06 1 (2699-0001)                    -2-

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2600 Michelson Drive, Seventh Floor, Irvine, California 92612.

On **August 8, 2006,** I served the foregoing document(s) described as **DECLARATION OF CARLA BABUDA RE DEBTOR'S LOCATION** on the interested party(ies) in this action by placing a true and correct copy of each document(s) thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

(✓)    I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Irvine, California.

( )    By Facsimile Machine, I caused the above-referenced document(s) to be transmitted to the persons noted on the attached service list.

( )    By Messenger Service, I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

( )    By Overnight Delivery via FEDERAL EXPRESS/OVERNIGHT EXPRESS for delivery by the next business day to the addressees on the attached service list.

( )    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(✓)    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 8, 2006**, at Irvine, California.

CHANEL MENDOZA

259355v1 cm 8/8/06 1 (2699-0001)

# SERVICE LIST

**DEBTOR AND DEFENDANT**
~~MICHAEL ROBERT BABUDAR~~
~~970 BAJA ST~~
~~LAGUNA BEACH, CA 92651~~
*Property sold by the Trustee in June 2005 - No forwarding information for Debtor*

**TRUSTEE**
CHARLES W DAFF
2122 N. BROADWAY
SANTA ANA, CA 92706
(714) 541-0301

**OFFICE OF THE U.S. TRUSTEE**
UNITED STATES TRUSTEE
411 W FOURTH ST., SUITE 9041
SANTA ANA, CA 92701-4593

259355v1 cm 8/8/06 1 (2699-0001)