

U.S. BANKRUPTCY COURT
FILED
AUG - 8 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

D. EDWARD HAYS, #162507
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2600 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for CARLA BABUDAR

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:                                  ) CASE NO. SA04-12095 ES
                                        )
MICHAEL BABUDAR,                        ) CHAPTER 7
                                        )
           Debtor.                      ) DECLARATION OF CHARLES W. DAFF
                                        ) RE DEBTOR'S LOCATION
                                        )
                                          [NO HEARING REQUIRED]

I, CHARLES W. DAFF, declare as follows:

1. I am the Chapter 7 Trustee of the Bankruptcy Estate of MICHAEL BABUDAR (the "Debtor"). I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2. On March 30, 2004, the Debtor filed this Bankruptcy Case in pro per.

3. On May 5, 2004, Karen Naylor conducted the initial 341a meeting of creditors. Due to a conflict with Ms. Naylor, the case was reassigned to me after this date. Although I scheduled and noticed two separate meetings of creditors in May 2004 and June 2004, the Debtor never appeared at either.

4. On or about June 8, 2004, the Court entered an Order granting the Debtor's motion to convert the case to chapter 13. On or about August 6, 2004, the Court re-converted the case to chapter 7.

///

258562v1 cm 7/26/06 1 (2699-0001)

5. After the case was converted back to chapter 7, I conducted a meeting of creditors on or about October 4, 2004. The Debtor appeared at this meeting of creditors and we reached an agreement to provide for the Debtor to pay the estate $60,000 to avoid the sale of the real property located at 970 Baja Street, Laguna Beach, California (the "Property").

6. Although I filed a motion to approve this compromise reached with the Debtor, I withdrew it in November 2004 because I received notice that the Internal Revenue Service may file claims exceeding the amount of the compromise reached with the Debtor and because the Debtor never funded the proposed settlement.

7. In or about June 2005, I obtained an Order authorizing me to sell the Property which was the residence of the Debtor and his family. Although the Debtor's spouse, Carla Babudar, opposed my efforts to sell the property, I never received any opposition or contact from the Debtor.

8. Since November 2004, I have not received any communication from the Debtor and I do not know his whereabouts.

9. To date, the Debtor has not filed any Notice of Change of Address with the Court and I have no information as to how to reach the Debtor. Since the Property was sold, all mail sent to the Debtor has been returned to my office.

10. All addresses located through Westlaw searches have been confirmed by Carla Babudar to be former addresses for the Debtor and Ms. Babudar.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

This Declaration is executed on August 8, 2006 at Santa Ana, California.

_____
CHARLES W. DAFF

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2600 Michelson Drive, Seventh Floor, Irvine, California 92612.

On **August 8, 2006**, I served the foregoing document(s) described as **DECLARATION OF CHARLES W. DAFF RE DEBTOR'S LOCATION** on the interested party(ies) in this action by placing a true and correct copy of each document(s) thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

(✓)    I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Irvine, California.

( )    By Facsimile Machine, I caused the above-referenced document(s) to be transmitted to the persons noted on the attached service list.

( )    By Messenger Service, I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service.

( )    By Overnight Delivery via FEDERAL EXPRESS/OVERNIGHT EXPRESS for delivery by the next business day to the addressees on the attached service list.

( )    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(✓)    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 8, 2006**, at Irvine, California.

CHANEL MENDOZA

259355v1 cm 8/8/06 1 (2699-0001)

# SERVICE LIST

**DEBTOR AND DEFENDANT**
~~MICHAEL ROBERT BABUDAR~~
~~970 BAJA ST~~
~~LAGUNA BEACH, CA 92651~~
*Property sold by the Trustee in June 2005 - No forwarding information for Debtor*

**TRUSTEE**
CHARLES W DAFF
2122 N. BROADWAY
SANTA ANA, CA 92706
(714) 541-0301

**OFFICE OF THE U.S. TRUSTEE**
UNITED STATES TRUSTEE
411 W FOURTH ST., SUITE 9041
SANTA ANA, CA 92701-4593

259355v1 cm 8/8/06 1 (2699-0001)